FORD MOTOR COMPANY,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2010–1238.

United States Court of Appeals,
Federal Circuit.

July 15, 2010.

Joseph M. Spraragen, Grunfeld, Desiderio, Lebowitz, New York, NY, for Plaintiff–Appellant.

Jeanne E. Davidson, Department of Justice, Washington, DC, for Defendant–Appellee.

ON MOTION

ORDER

Upon consideration of the United States' motion for a 46–day extension of time, until August 30, 2010, to file its brief,

It Is Ordered That:

The motion is granted. No further extensions should be anticipated.

EON–NET, L.P., Plaintiff/Sanctioned
Party–Appellant,

and

Zimmerman & Levi, L.L.P. and Jean–Marc Zimmerman, Sanctioned
Parties–Appellants,

v.

FLAGSTAR BANCORP, Defendant–Appellee.

No. 2009–1308.

United States Court of Appeals,
Federal Circuit.

July 15, 2010.

ON MOTION

ORDER

Flagstar Bancorp moves for an extension of time, until July 21, 2010, to respond to the pending motion to stay.

Upon consideration thereof,

It Is Ordered That:

(1) The motion for an extension of time is granted.

(2) The revised official caption is reflected above.